SADIE KWESTEL, Appellant, v. HARRY KWESTEL, Respondent.— Order denying motion to resettle order entered May 2, 1930, reversed upon the law and the facts, with ten dollars costs and disbursements, motion granted, with ten dollars costs, and order resettled in the manner provided by plaintiff's proposed order, upon the ground that it is not denied that the affidavits proposed to be recited in the resettled order were not made a part of plaintiff's affidavits in opposition to the motion to reduce the alimony. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

MANUEL OCHOA, Respondent, v. BLACK DIAMOND STEAMSHIP CORPORATION (Sued as AMERICAN DIAMOND LINE) and UNITED STATES SHIPPING BOARD MERCHANT FLEET CORPORATION, Appellants.— Judgment reversed upon the law and the facts, and complaint dismissed, without costs, and without prejudice, because of lack of jurisdiction of the subject-matter of the action. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ROSE OCKO and WILLIAM OCKO, Respondents, v. LONGLEAF HOLDING CORPORATION, Appellant.— Order amending complaint and directing that the cause be set down for trial with a preference for a day named affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS LEVY, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE WILLIAMS, Appellant.— Appeal dismissed. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ARON RESS and KATIE RESS, as Officers and Directors of MARGOLIES & RESS CONSTRUCTION Co., INC., Respondents, v. SAMUEL MARGOLIES, Appellant.— Order denying defendant's motion to require plaintiffs to serve an amended complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; the amended complaint to be served within ten days from the entry of the order herein. If the corporation be not made a party to the action it could, in the event that the present plaintiffs did not succeed, bring a new action in its own name and thus subject defendant to a double harassment. The corporation, while it may not be a necessary party, is, therefore, a proper party, and the refusal of the Special Term to direct service of an amended complaint was not a proper exercise of its discretion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

HARRY ROSENTHAL, Appellant, v. HARRY HANDSCHUH and HANNAH HANDSCHUH, Respondents.— Order granting defendants' motion to open default and to permit them to serve and file an answer affirmed, with ten dollars costs and disbursements, the proposed answer to be served within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.